**Attachment and Instructions for**
**Order Setting Hearing**

**Judge Terrence L. Michael**

IT IS FURTHER ORDERED THAT MOVANT IS RESPONSIBLE FOR GIVING NOTICE OF THIS HEARING TO ALL PARTIES IN INTEREST AS REQUIRED BY RULE OR STATUTE.  ADDITIONAL NOTICE NEED NOT BE GIVEN TO PARTIES IN INTEREST WHO HAVE RECEIVED THIS NOTICE ELECTRONICALLY.

IT IS FURTHER ORDERED that counsel should be prepared to submit whatever evidence they deem necessary for the Court's full consideration and determination of the matters set forth above.  Bankr. N.D. Okla.  Local Rule 9070-1 applies to these proceedings.

IT IS FURTHER ORDERED that all exhibits to be offered shall be marked prior to the hearing.  When an exhibit is comprised of multiple pages, each page shall be separately marked (e.g., Exhibit 1-1, 1-2, etc.).  Movant's exhibits shall be sequentially numbered beginning with the number 1. Respondent's exhibits shall be sequentially numbered beginning with the number 100. Failure to abide by these requirements may result in denial of the admission of the exhibit.

IT IS FURTHER ORDERED that if counsel anticipate that the hearing will require more than thirty minutes, they shall contact Adam Bode, Courtroom Deputy, at (918) 699-4068 at least five days prior to the hearing and advise him of the estimated time required. This may or may not require rescheduling of the hearing, depending upon the Court's calendar.

IT IS FURTHER ORDERED that the above-referenced hearing may be continued from time to time without further notice other than an announcement of the continued date at the originally scheduled time.  Requests for continuance must comply with Bankr. N.D. Okla. Local Rule 9006-1(B).